## RECONSIDERATION OF PRIOR DECISIONS

2001–0446. Nitchman v. Nationwide Mut. Fire Ins. Co.
Lorain App. No. 99CA007506. Reported at 94 Ohio St.3d 1248, 2002-Ohio-1243, 763 N.E.2d 1181. On motion for reconsideration. Motion denied.

[Cite as *05/03/2002 Case Announcements*, 2002-Ohio-2129.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 3, 2002*

### MOTION AND PROCEDURAL RULINGS